FILED:  February 20, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-4686

(1:11-cr-00203-WO-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

THOMAS MARSHALL BYRD

       Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to extend filing time pending filing of the opening brief and joint appendix on or before March 2, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk